UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LESHAWN YOUNG, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

           Plaintiffs,

           v.

FERRUM COLLEGE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-1562

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, FERRUM COLLEGE, with prejudice and without fees and costs.

Dated: New York, New York
       July 8, 2024

                                                **GOTTLIEB & ASSOCIATES PLLC**

                                                */s/Michael A. LaBollita, Esq.*

                                                Michael A. LaBollita, Esq., (ML-9985)
                                                150 East 18th Street, Suite PHR
                                                New York, NY 10003
                                                Phone: (212) 228-9795
                                                Fax: (212) 982-6284
                                                Michael@Gottlieb.legal

                                                *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge